**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 12, 2021

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      **Re:**   *United States of America v. $12,350,565.35 in United States currency, et al*
            **20 Civ. 9177 (GBD**)

Dear Judge Daniels:

      The Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture as no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

                Respectfully submitted,

                AUDREY STRAUSS
                Acting United States Attorney

By:                
                Sheb Swett
                Assistant United States Attorney
                Tel.: (212) 637-6522