UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                      :

UNITED STATES OF AMERICA,          :

                                    :

          Plaintiff,               :

                                    :

          -v.-                  :

                                    :

$12,350,565.35 IN UNITED STATES     :        DECLARATION OF
CURRENCY FORMERLY CONTAINED IN  :       ASSISTANT UNITED STATES
MORGAN STANLEY ACCOUNT 654-071515, :       ATTORNEY SHEB SWETT
HELD IN THE NAME OF "HAMPUS ASSETS, :
INC.,"                                :        20 Civ. 9177 (GBD)

                                    :

and                                :

                                    :

$10,849,434.65 IN UNITED STATES     :
CURRENCY FORMERLY CONTAINED    :
IN MORGAN STANLEY ACCOUNT 654-   :
072401, HELD IN THE NAME OF "KAUNAS :
ASSETS CORP.,"                 :

                                    :

          Defendants-*in-rem.*      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK             )
COUNTY OF NEW YORK          : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

        SHEB SWETT, under penalty of perjury, declares:

        1.      I am an Assistant United States Attorney in the Office of Audrey Strauss,

Acting United States Attorney for the Southern District of New York, attorney for plaintiff herein.

I have responsibility for the above-captioned matter, and as such, I am familiar with the facts and

circumstances of this case.  This Declaration is submitted in support of the Government's

application for a Judgment of Forfeiture with respect to the above-captioned Defendants-*in-rem.*

2.      On November 2, 2020, the United States commenced an *in-rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint").   The Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A).

3.      Beginning on or about November 7, 2020, and continuing through December 6, 2020, the Government published notice of the Verified Complaint for Forfeiture against the Defendants-*in-rem* on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, and proof of such publication was filed with the Clerk of this Court on January 6, 2021 (D.E. 8).

4.      As set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site.

5.      No claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

6.      Accordingly, the Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture attached hereto as Exhibit A.

2

7.    There has been no prior application for the relief sought herein.    I declare

the foregoing to be true and correct pursuant to Title 28, United States Code, Section 1746.

Dated:   New York, New York
         January 12, 2021

_____
SHEB SWETT
Assistant United States Attorney

3