

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

          Plaintiff,

  -v.-

$12,350,565.35 IN UNITED STATES
CURRENCY FORMERLY CONTAINED IN
MORGAN STANLEY ACCOUNT 654-071515,
HELD IN THE NAME OF "HAMPUS ASSETS,
INC.,"

and

$10,849,434.65 IN UNITED STATES
CURRENCY FORMERLY CONTAINED
IN MORGAN STANLEY ACCOUNT 654-
072401, HELD IN THE NAME OF "KAUNAS
ASSETS CORP.,"

          Defendants-*in-rem*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JUDGMENT OF FORFEITURE

20 Civ. 9177 (GBD)

        WHEREAS, on or about November 2, 2020, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A);

        WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on November 7, 2020, through December 6, 2020, and proof of such publication

was filed with the Clerk of this Court on January 6, 2021 (D.E. 8);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
January___, 2021

JAN 1 3 2021

SO ORDERED:

*George B. Daniels*
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

3